**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

GULF HAULING & CONSTRUCTION,
INC., et al.,                                            :

      Plaintiffs,                                    :

v.                                                       :          CA 2:13-00083-C

QBE INSURANCE CORPORATION, et al., :

      Defendants.                                    :

## <u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court lacks subject-matter jurisdiction.  Accordingly, the motion to remand (Doc. 11) is **GRANTED**, and the Clerk is **DIRECTED** to **REMAND** this matter to the Circuit Court of Hale County, Alabama and **CLOSE** this case.

**DONE** this the 20th day of May, 2013.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**