IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

GULF HAULING & CONSTRUCTION,
INC., et al.,                                          :

    Plaintiffs,                                    :

v.                                                           :        CA 2:13-00083-C

QBE INSURANCE CORPORATION, et al., :

    Defendants.                                  :

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court lacks subject-matter jurisdiction. Accordingly, the motion to remand (Doc. 11) is **GRANTED**, and the Clerk is **DIRECTED** to **REMAND** this matter to the Circuit Court of Hale County, Alabama and **CLOSE** this case.

    **DONE** this the 20th day of May, 2013.

                                                     s/WILLIAM E. CASSADY
                                                     **UNITED STATES MAGISTRATE JUDGE**